UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CRISTIAN COLON,

                              Plaintiff,

                    9:13-CV-1546
                    (DNH/ATB)

      -v-

CAPTAIN HOLDRIDGE, Clinton Correctional
Facility; LIEUTENANT ALLEN, Clinton
Correctional Facility; and K. NORCROSS,
ASAT PA., Clinton Correctional Facility,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                        OF COUNSEL:

CRISTIAN COLON
Plaintiff pro se
08-A-6183
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821

HON. ERIC T. SCHNEIDERMAN                JUSTIN L. ENGEL, ESQ.
Attorney General for the State of New York     Ass't Attorney General
Attorney for Defendants
Litigation Bureau
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

    Pro se plaintiff Cristian Colon brought this action pursuant to 42 U.S.C. § 1983. On

March 20, 2015, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised

by Report-Recommendation that defendants' motion to dismiss be granted and plaintiff's complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED;

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE in its entirety; and

3. The Clerk enter judgment accordingly, close the file, and serve a copy of this Decision and Order upon the parties in accordance with the Local Rules.

IT IS SO ORDERED.

United States District Judge

Dated: April 13, 2015
 Utica, New York.